1  RICHARD M. ROGERS (State Bar No. 045843)
   LAW OFFICE OF RICHARD M. ROGERS
2  100 Bush Street, #1980
   San Francisco, California  94104
3  Telephone:     (415) 981-9788
   Facsimile:      (415) 981-9798
4  Email:  RogersRMR@aol.com

5  Attorneys for Plaintiff
   CHRISTOPHER BUCHANAN
6
   LYNNE C. HERMLE (STATE BAR NO. 99779)
7  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
8  Menlo Park, CA 94025
   Telephone:    650-614-7400
9  Facsimile:     650-614-7401
   Email:  lhermle@orrick.com
10
   GREG J. RICHARDSON (STATE BAR NO. 203788)
11 KATINA B. MINER (STATE BAR NO. 244914)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
12 The Orrick Building
   405 Howard Street
13 San Francisco, CA  94105-2669
   Telephone:     +1-415-773-5700
14 Facsimile:      +1-415-773-5759
   Email:  grichardson@orrick.com
15 Email:  kminer@orrick.com

16 Attorneys for Defendant
   GENENTECH, INC.
17

18                   UNITED STATES DISTRICT COURT

19                 NORTHERN DISTRICT OF CALIFORNIA

20

21 CHRISTOPHER BUCHANAN                    Case No. CV 09-1454 CW

22             Plaintiff,                  **STIPULATED REQUEST TO
                                           CHANGE TIME PURSUANT TO
                                           CIVIL L.R. 6-2 AND ORDER**
23        v.

24 GENENTECH, INC.                         Judge:  Hon. Claudia Wilken
                                           Trial Date:  November 22, 2010
25             Defendant.

26

27

28

OHS West:260916806.1

1

2
## STIPULATION

3          1.      On May 6, 2010, Defendant Genentech Inc.'s Motion for Summary

4  Judgment on Plaintiff's Claims came for hearing before this Court.  After hearing the arguments

5  of counsel for both parties, the Court took the motion under submission.

6          2.      Previously, in its scheduling order of July 21, 2009, the Court set June 1,

7  2010 as the deadline for the parties to disclose the identities and reports of expert witnesses.

8          3.      Since the decision on Defendant's Motion for Summary Judgment is still

9  pending, through their undersigned counsel, Defendant and Plaintiff Chris Buchanan hereby

10  stipulate and agree to continue the date for disclosure of expert witness identities and reports until

11  thirty calendar days after the Court rules on Defendant's Motion for Summary Judgment.

12          4.      No other time modifications by stipulation have been requested in this

13  matter.  No time modifications have been ordered by the Court.

14          5.      The only effect of this request on the schedule for the case would be to

15  postpone expert disclosure  This stipulation would not impact the current trial schedule or any

16  other deadlines.

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

/ / /

STIPULATED REQUEST TO CHANGE TIME
AND [PROPOSED] ORDER CV 09-1454 CW

6.      Both parties agree to the stipulation as indicated by their signatures below. The parties respectfully request that the Court approve the Stipulation, pursuant to Civil L.R. 6-2 and enter an Order thereupon.  A form of proposed Order is filed herewith.


                                                    Respectfully submitted,

DATED: May 20, 2010                    ORRICK, HERRINGTON & SUTCLIFFE


                                       By:  _____/s/ Katina B. Miner_____
                                                    Katina B. Miner

                                       Attorneys for Defendant Genentech, Inc.

DATED: May 20, 2010                    LAW OFFICES OF RICHARD M. ROGERS


                                       By:  _____/s/_____
                                                    Richard M. Rogers

                                       Attorneys for Plaintiff Chris Buchanan

I hereby attest that the concurrence in the filing of this document has been obtained from Rick Rogers, Attorney for Plaintiff, CHRIS BUCHANAN.


                                       _____/s/ Katina B. Miner_____
                                                    Katina B. Miner
                                       Attorneys for Defendant Genentech, Inc.

STIPULATED REQUEST TO CHANGE TIME
AND [PROPOSED] ORDER CV 09-1454 CW

1

2

**ORDER**

3          The Court having considered the above Stipulation, and good cause appearing

4   therefore,

5          IT IS HEREBY ORDERED that the scheduled date of June 1, 2010 for expert

6   disclosures is vacated, and shall be rescheduled for thirty calendar days after the Court rules on

7   Defendant's Motion for Summary Judgment.

8

9          DATED: May 27, 2010

10

11   _____
     Judge Claudia Wilken
12   UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -